UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:17-cr-178 JAR |
| | ) |
| JOHN MAC SELLS, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF FILING OF LETTERS IN SUPPORT OF DEFENDANT**

COMES NOW Defendant, John M. Sells, by and through counsel, and files the attached four letters for sentencing.

Respectfully submitted,

ROSENBLUM, SCHWARTZ & FRY, PC

By:   /S/ Adam D. Fein
ADAM D. FEIN, # 52255 MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile (314) 862-8050
Email: afein@rsflawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2017, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Dorothy McMurtry, assistant United States attorney.